**FILED**
JUL 2 8 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03CR0850-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER AND JUDGMENT |
| v. | ) | OF DISMISSAL |
| | ) | |
| DANIEL ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter comes before the Court upon the Government's Motion to Dismiss Without Prejudice. After considering the Government's motion, the Court finds good cause for the relief requested, and

    IT IS HEREBY ORDERED that motion to dismiss without prejudice is granted. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the charges and indictments in case 03-850-W against defendant Daniel Anderson are dismissed without prejudice. All pending hearing dates in this matter are vacated.

IT IS SO ORDERED.

DATED: 7/28/09

THOMAS J. WHELAN
United States District Judge